UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  15-14066-CR-MARRA/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RUDIEL VELAZQUEZ,

    Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the court upon the Report and Recommendation on Change of Plea issued by United States Magistrate Judge Frank J. Lynch, Jr. on October 28, 2015 [DE 21].

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**.  The Defendant is hereby adjudicated guilty and sentencing is set for Friday, February 12, 2016 at 9:30 a.m. in Ft. Pierce, Florida.

**DONE and ORDERED** in West Palm Beach, this 7th day of January, 2016.

                                        **KENNETH A. MARRA**
                                        **UNITED STATES DISTRICT JUDGE**

cc:    All counsel